# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1900

_____

James R. Poole,                               *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
    v.                                        *   District Court for the
                                              *   District of Minnesota.
Jo Anne B. Barnhart, Commissioner of          *
Social Security,                              *          [UNPUBLISHED]
                                              *
            Appellee.                         *

_____

Submitted: December 21, 2005
    Filed: December 28, 2005

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

    James Poole appeals the district court's[1] order affirming the denial of retirement insurance benefits. Poole has provided no basis for overturning the district court's well-reasoned decision. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.